USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-570 (SHS)

    -against- :

                                              ORDER

ROBER ALBERTO GALVEZ CHIMBO, *ET AL.*, :

    Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A conference having been held on March 4, 2020, with defendant Junior Vladimir Jimenez-Castillo present with attorney Sean Maher, and Sean Maher appearing on behalf of Margaret Shalley for defendant Jose Verra Velez, who was not present, and Kyle Wirshba appearing for the government,

    IT IS HEREBY ORDERED that:

1.     Jury charges, proposed *voir dire*, and any motions *in limine* are due by June 8, 2020;

2.     Any response to any motion is due on or before June 15, 2020;

3.     There will be a pretrial conference and argument on any motions on June 22, 2020, at 9:30 a.m.; and

4.     The trial of this action will commence on July 6, 2020, at 9:30 a.m.

Dated: New York, New York
       March 5, 2020

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.